# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **BURGESS** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 3:23-CV-02845-L |
| ) | |
| **RAB INC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Wesley Williams, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on January 2, 2024, at 3:21 pm. I delivered these documents to RAB, INC. in Collin County, TX on January 2, 2024 at 7:06 pm at 165 Shawnee Trail, Celina, TX 75009 by leaving the following documents with Lee Waddell who as Registered agent at Rabbit, inc is authorized by appointment or by law to receive service of process for RAB, INC..

Summons, Complaint

White Male, est. age 55-64, glasses: N, Gray hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.3266413,-96.7621591
Photograph: See Exhibit 1

My name is Wesley Williams, my date of birth is 3/30/1968, and my address is 715 S. Powell Pkwy #1156, Anna, TX 75409, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in

Collin County                    ,

   TX      on    1/3/2024         .

/s/ *Wesley Williams*
_____
Wesley Williams
+1 (469) 712-4054
Certification Number: PSC-21434
Expiration Date: 9/30/2024

