IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DYLAN BURGESS,** individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:23-CV-2845-L-BN** |
| **RAB, INC.,** | § § § | |
| Defendant. | § | |

# JUDGMENT

The court issues this judgment pursuant to its order of June 28, 2024.  It is, therefore, **ordered, adjudged, and decreed** that this action by Plaintiff Dylan Burgess, individually and on behalf of all others similarly situated ("Plaintiff") against Defendant RAB, Inc. ("Defendant") is **dismissed with prejudice**; that all relief requested by Plaintiff is **denied**; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted herein is **denied**.

**Signed** this 28th day of June, 2024.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**